MN,ND-305
(5/94)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

C#1639

## Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: **WINTZ COMPANIES**
Chapter 7 Case No. **97-35514**

Please Check One:

[X] Unclaimed Dividends          [ ] Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| PRINTYS BLDG SERV INC<br>15141 ALPACA STREET<br>RAMSEY MN 55303 | 9 | $3,507.77 | $543.92 |
| J B PALLETS INC<br>47 21ST ST<br>NEWPORT, MN 55055 | 13 | $2,648.00 | $807.18 |
| WEST PUBLISHING CORP<br>C/O TODD L GURSTEL LAW FIRM<br>401 N 3RD ST, STE 590<br>MINNEAPOLIS MN 55401 | 52 | $2,743.15 | $370.68 |

Date: December 21, 2009

Charles W. Ries, Trustee
PO Box 7 - Mankato MN 56002-0007
Telephone (507) 625-6600

RECEIVED 09 DEC 22 AM 11:09 U.S. BANKRUPTCY COURT ST PAUL MN